IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| ROSA REICHARDT | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 4:11CV478 |
| | § | |
| | § | |
| BAC HOME LOANS SERVICING, LP, | § | |
| BANK OF AMERICA, NA and | § | |
| FANNIE MAE | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATIONS OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 12, 2012, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Plaintiff's Petition for Reconsideration (Dkt. 19) be GRANTED, that the court's January 31, 2012 order of dismissal, Docket Entry 17, be VACATED and set aside, and that the case be re-opened on the court's active docket. The report further recommended that Plaintiff's Motion for Preliminary Injunction (Dkt. 21) be DENIED.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the court. Therefore, Plaintiff's Petition for Reconsideration (Dkt. 19) is GRANTED, the court's

1

January 31, 2012 order of dismissal, Docket Entry 17, is VACATED and set aside, and Plaintiff's Motion for Preliminary Injunction (Dkt. 21) is DENIED. The case shall be re-opened on the court's active docket.

**IT IS SO ORDERED.**

**SIGNED this the 17th day of July, 2012.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE